IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JOSEPH YORK, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN RAILWAY CO., | : | |
|     Defendant. | : | No. 12-cv-04881 |

# O R D E R

**AND NOW**, this 6th day of March, 2013, upon consideration of Defendant's Motion to Transfer Venue (Docket No. 13), Plaintiff's Opposition (Docket No. 14), and Defendant's Reply (Docket No. 15), it is hereby **ORDERED** that:

1. Defendant's Motion (Docket No. 13) is **GRANTED**;

2. This action is **TRANSFERRED** to the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404(a);

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

                                          BY THE COURT:


                                          S/Gene E.K. Pratter
                                          GENE E.K. PRATTER
                                          UNITED STATES DISTRICT JUDGE